No. 65111.—Benthan, Ltd., and American Shipping Co. et al. *v.* United States, protests 152960–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the items marked "A" consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim at 22½ percent under paragraph 397, as modified by T.D. 51802, was sustained. The items marked "E," stipulated to be the same as the merchandise involved in said Abstract 62036, except that they are plated with gold, were held dutiable at 32½ percent under said paragraph 397, as modified by T.D. 51802, supplemented by T.D. 51909.

No. 65112.—Beer Stern Import Corp. et al *v.* United States, protests 258658–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief value of silk, the claim of the plaintiffs was sustained.